# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CINDY L. DUTCHER,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:12-cv-844-Orl-22TBS**

**WIGINTON CORPORATION,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal (Doc. No. 18) filed on September 13, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted, the parties' Amended Settlement Agreement be approved, and the case be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 10, 2012 (Doc. No. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal (Doc. No. 18) filed on September 13, 2012, is GRANTED.

3. The parties' Amended Settlement Agreement (Doc. No. 26-1) is APPROVED.

4. This case is DISMISSED, WITH PREJUDICE.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 2, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge